# ELECTRONIC RECORD

COA #   01-13-00038-CR          OFFENSE:   19.02 (Murder)

STYLE:   Travis Wade Coleman, Jr. v. The State of Texas          COUNTY:   Brazoria

COA DISPOSITION:   AFFIRM          TRIAL COURT:   412th Judicial District Court

DATE: 01/23/2014          Publish: YES   TC CASE #:   66103

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Travis Wade Coleman, Jr. v. The State of Texas          CCA #:   010-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:   _____

_____REFUSED_____          JUDGE:   _____

DATE: ___04/15/2015___          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

- - - - - - - - - - - - - - - - - - - - - - - - -

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**